UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Julie S. Sneed
Courtroom 11A

United States v. Kyle Leishear
8:22-mj-1726-JSS

| **Date**: July 20, 2022 | **Court Reporter**: Digital |
|---|---|
| | **Interpreter**: N/A |
| **Time**: 2:40 PM– 3:06 PM | Total: 26 mins. | **Deputy Clerk**: Clara Reaves |
| **Government Counsel** | **Defense Counsel** |
| Samantha Beckman, AUSA | Paul Downing, AFPD |
| **Initial Appearance-Rule 5/Detention Hearing/Bond Hearing** ||

Defendant present with counsel.

Arrest Date: 7/20/2022

Court summarizes the charges and advises Defendant of Rule 5 rights.

Oral motion by defendant to appoint interpreter. Oral order granting appointment of interpreter.

Oral motion to appoint counsel by Defendant.

Financial Affidavit submitted. Court finds that Defendant qualifies for the appointment of counsel. AFPD appointed for all further proceedings.

Oral order granting oral motion for appointment of counsel as to Defendant.

Preliminary hearing waived.

Identity hearing waived.

Government seeks detention.

Defendant seeks pretrial release.

Court sets the following conditions of release: appear in court in accordance with all notices; travel restricted to the Middle District of Florida; reside at current address and cannot change address without PTS approval; cannot commit another crime; report to PTS as directed; Defendant to abide by all Adam Walsh conditions, cannot obtain any new travel documents, cannot posses a firearm, cannot posses or use any narcotics including any medical marijuana,

submit to substance abuse testing, evaluation and treatment, submit to mental health evaluation, home incarceration via GPS monitoring, no contact with minors, cannot use a computer or any electronic devices, no contact with victim $90K secured bond by home, co-signed by surety, Defendant to be released on 7/21/22 or 7/22/22 pending home visit by PTS.

Due Process oral order given.

Court in recess.