UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                     CASE NO. 8:22-mj-1726-T-JSS

KYLE WILLIAM LEISHEA

### UNITED STATES' MOTION TO STAY ORDER OF RELEASE

The United States respectfully moves this Court, pursuant to 18 U.S.C. § 3145(a)(1), to stay its current order for pretrial release. The United States submits that under 18 U.S.C. § 3142(e), Leishea's release poses both a danger to others and to the community, and no combination of conditions will reasonably assure that he will appear before this Court as directed and the safety of any other person and the community.

The United States requests that this Court stay its Order of release to the extent necessary to permit the attorney for the government, with the court having original jurisdiction over the offense, to brief the matter and enable the District Court for the Eastern District of Virginia to examine the record of the proceedings. The United States respectfully requests a stay of Leishea's release for 3 business days so that the United States can file a detailed Motion for Review and Revocation of the pre-trial release order, setting forth the basis for the request for detention. If granted, counsel for the United States will file its

detailed Motion by close of business on July 26, 2022.

WHEREFORE, the United States respectfully requests that this Court to temporarily stay the order of release pending the Eastern District of Virginia's consideration of this motion and further briefing from the parties.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   */s/ Samantha Beckman*
        Samantha Beckman
        Assistant United States Attorney
        Florida Bar No. 102533
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone:  (813) 274-6000
        Facsimile:   (813) 274-6358
        E-mail: samantha.beckman@usdoj.gov

U.S. v. John T. Flinn                           Case No. 8:20-mj-1723-T-CPT

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Defense Counsel of Record

                                         */s/ Lisa M. Thelwell*
                                         LISA M. THELWELL
                                         Assistant United States Attorney
                                         Florida Bar No. 100809
                                         400 N. Tampa Street, Suite 3200
                                         Tampa, Florida 33602-4798
                                         Telephone:  (813) 274-6000
                                         Facsimile:   (813) 274-6358
                                         E-mail:       lisa.thelwell@usdoj.gov